UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Corey Elton Jones**  Docket No. 7:19-CR-79-1D

**Petition for Action on Supervised Release**

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Corey Elton Jones, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 14, 2020, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Corey Elton Jones was released from custody on April 19, 2024, at which time the term of supervised release commenced.

On September 11, 2024, a Violation Report was forwarded to the court advising that on August 31, 2024, the defendant was charged with Driving While Impaired (24CR 398821), Failure to Wear Seatbelt, and Improper Backing (24IF 704393), in Robeson County, North Carolina. The defendant was found not guilty for those charges on March 5, 2025. On February 28 and March 31, 2025, a Violation Report was forwarded to the court advising that on February 14, 2025, the defendant was charged with Driving While License Revoked- Not Impaired (25CR 2409), in Robeson County, North Carolina. This charge was dismissed in state court on July 16, 2025.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 24, 2025, the defendant was charged with Driving While Impaired, Driving While License Revoked- Not Impaired Revocation, Open Container, and Drive Without Two Headlights (25CR 493971), in Robeson County, North Carolina. The defendant admitted to operating a motor vehicle after consuming alcohol, and without a license. He is remorseful for his actions and agrees that he struggles with his sobriety. In an effort to deter future violations, and to aid the defendant in regaining his sobriety, it is respectfully recommended that the conditions of supervision be modified to include alcohol abstinence, and that the defendant submit himself to the Remote Alcohol Monitoring Program for a period of 90 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 90 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Corey Elton Jones
Docket No. 7:19-CR-79-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Corey Rich
Corey Rich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: February 6, 2026

## ORDER OF THE COURT

Considered and ordered this 6 day of February, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge