UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-79-D-1

UNITED STATES OF AMERICA

v.

COREY ELTON JONES

ORDER TO SEAL

On motion of the Defendant, Corey Elton Jones, and for good cause shown, it is hereby

ORDERED that **DE 74** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **24** day of April, 2026.

_____
JAMES C. DEVER III
United States District Judge